JOSEPH E. THOMAS (Cal. Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (Cal. Bar No. 183861)
*wkolegraff@twtlaw.com*
**THOMAS WHITELAW & KATZ LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612-7132
Telephone:     (949) 679-6400
Facsimile:     (949) 679-6405

W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@twtlaw.com*
**THOMAS WHITELAW & KATZ LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone:     (415) 820-0400
Facsimile:     (415) 820-0405

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>VIZIO, INC.<br><br>                Defendant. | CASE NO. CV 12-0658 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT VIZIO, INC. TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Date of filing:  February 9, 2012<br><br>Judge:  The Honorable Joseph C. Spero |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Innovus Prime LLC and Defendant VIZIO, Inc. ("VIZIO") agree to extend VIZIO's time to respond or otherwise plead to Plaintiff's Complaint for Patent Infringement (Docket No. 1) filed in this Court up to and including April 19, 2012.

This change in time will not alter the date of any event or any deadline currently fixed by Court order.

Pursuant to General Order 45 section X(B), counsel for VIZIO hereby attests that concurrence in the filing of this stipulation has been obtained from the other signatory of this document.

DATED: March 6, 2012          THOMAS WHITELAW & KATZ LLP

By: /s/ *W. Paul Schuck*
    W. PAUL SCHUCK
    JOSEPH E. THOMAS
    WILLIAM J. KOLEGRAFF

Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:   (415) 820-0400
Facsimile:   (415) 820-0405

Attorneys for Defendant VIZIO, INC.

DATED: March 6, 2012          LAW OFFICES OF JOHN W. CARPENTER LLC

By: /s/ *John W Carpenter*
    JOHN W. CARPENTER

12 Metairie Court
Metairie, LA 70001-3032
Telephone: (415) 577-0698
Facsimile: (866) 410-6248

Attorneys for Plaintiff INNOVUS PRIME LLC

Dated: March 7, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA