**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 19, 2012**

**CASE NUMBER: CV 12-00658 JCS**
**CASE TITLE: INNOVUS PRIME LLC-v-VIZIO INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/19/12

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 3/19/12 ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                    Transferor CSA