IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVUS PRIME LLC,

    Plaintiff,

v.

VIZIO INC.,

    Defendant.

No. C 12-00658 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

    The Court **CONTINUES** the case management conference for one week, to **JUNE 7, 2012, AT 3:00 P.M.**, in order to accommodate plaintiff's counsel because it is impossible to hold hearings over the courtroom telephone.

**IT IS SO ORDERED.**

Dated: May 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE