JOSEPH E. THOMAS (Cal. Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (Cal. Bar No. 183861)
*wkolegraff@twtlaw.com*
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612-7132
Telephone:     (949) 679-6400
Facsimile:       (949) 679-6405

W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@twtlaw.com*
**THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone:     (415) 820-0400
Facsimile:       (415) 820-0405

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>VIZIO, INC.,<br><br>          Defendant. | CASE NO. CV 12-0658 WHA<br><br>~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION<br><br>Judge:  The Honorable William Alsup |

142664

CV 12-0658 WHA

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION

Pursuant to the Case Management Order, Reference to Magistrate Judge for Settlement/Mediation, and Further Reference to Magistrate Judge for Discovery Supervision (Dkt. 25, ¶ 3) ("CMO"), the parties hereby jointly submit this Proposed Order Re Schedule for Claim Construction.

In the CMO, the Court set the claim-construction hearing for December 19, 2012 and a tutorial for December 5, 2012. As those dates relate to other dates for disclosures under the Patent Local Run, the parties hereby submit the following jointly agreed upon proposed schedule for the Patent Local Rule disclosures as well as for claim construction briefing under Patent Local Rule 4.

| Event | Date |
|---|---|
| Plaintiff's Preliminary Infringement Contentions and accompanying document production (Pat. L.R. 3-1 & 3-2) | July 10, 2012 |
| Defendant's Preliminary Invalidity Contentions and accompanying document production (Pat. L.R. 3-3 & 3-4) | August 24, 2012 |
| Exchange of Proposed Terms and Elements for Construction (Pat. L.R. 4-1) | September 7, 2012 |
| Exchange of Preliminary Claim Constructions & Extrinsic Evidence (Pat. L.R. 4-2) | September 14, 2012 |
| Joint Claim Construction Statement (Pat. L.R. 4-3) | September 25, 2012 |
| Claim Construction Discovery Cut-off (Pat. L.R. 4-4) | October 22, 2012 |
| Opening Claim Construction Brief (Pat. L.R. 4-5(a)) | November 1, 2012 |
| Opposition Brief (Pat L.R. 4-5(b)) | November 15, 2012 |
| Reply Brief (Pat. L.R. 4-5(c)) | November 28, 2012 |
| Tutorial | December 5, 2012, 1:30 p.m. |
| Claim Construction Hearing | December 19, 2012, 1:30 p.m. |

Dated: June 22, 2012				LAW OFFICES OF JOHN W. CARPENTER LLC

						By:  /s/ John W. Carpenter
						     JOHN W. CARPENTER

						Attorneys for Plaintiff INNOVUS PRIME LLC


Dated: June 22, 2012				THOMAS WHITELAW LLP


						By:  /s/ W. Paul Schuck
						     JOSEPH E. THOMAS
						     WILLIAM J. KOLEGRAFF
						     W. PAUL SCHUCK
						     Attorneys for Defendant VIZIO, INC.


<u>Attestation re: Electronic Signature</u>

I, W. Paul Schuck, the ECF user whose ID and password are being used to file this document, hereby attest, pursuant to General Order 45 § X.B., that each person whose signature block appears above has concurred in this filing.


Dated: June 22, 2012				    /s/ W. Paul Schuck

**[PROPOSED] ORDER**

The Proposed Order Re Schedule for Claim Construction is hereby adopted by the Court and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated: _____June 26_____, 2012        _____
                                      The Honorable William Alsup
                                      United States District Court Judge