JOSEPH E. THOMAS (Cal. Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (Cal. Bar No. 183861)
*wkolegraff@twtlaw.com*
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612-7132
Telephone:    (949) 679-6400
Facsimile:     (949) 679-6405

WILLIAM P. SCHUCK (Cal. Bar No. 203717)
*pschuck@twtlaw.com*
**THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone:    (415) 820-0400
Facsimile:     (415) 820-0405

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | CASE NO. 12-CV-0658 WHA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| VIZIO, INC., | |
| Defendant. | |

147044

12-CV-0658 WHA

NOTICE OF SETTLEMENT

**1**  PLEASE TAKE NOTICE that the parties have settled the lawsuit, under the terms of
**2** which Plaintiff will dismiss this case with prejudice.  The dismissal is expected to be filed before
**3** November 21, 2012.

**4**  The case settled at a November 6, 2012 Settlement Conference held before Judge Ryu.
**5** The Parties reached agreement as to all material terms, and vested Judge Rye with the full
**6** authority to resolve all disputes regarding drafting of the final settlement agreement, with the
**7** Court's decision being final and binding and with no right to appeal.

**8**

**9** DATED:  November 8, 2012           THOMAS WHITELAW LLP

**10**

**11**

                                                By:      /s/ William J. Kolegraff
**12**                                                    JOSEPH E. THOMAS
                                                        WILLIAM J. KOLEGRAFF
**13**                                                    W. PAUL SCHUCK
                                                        Attorneys for Defendant VIZIO, INC.
**14**

**15**

**16** DATED:  November 8, 2012           LAW OFFICES OF JOHN W. CARPENTER

**17**

**18**

                                                By:      /s/ John W. Carpenter
**19**                                                    JOHN W. CARPENTER
                                                        Attorneys for Plaintiff INNOVUS PRIME LLC
**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

147044                                          1                           12-CV-0658 WHA
                                      NOTICE OF SETTLEMENT