JOSEPH E. THOMAS (Cal. Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (Cal. Bar No. 183861)
*wkolegraff@twtlaw.com*
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612-7132
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

WILLIAM P. SCHUCK (Cal. Bar No. 203717)
*pschuck@twtlaw.com*
**THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone:   (415) 820-0400
Facsimile:    (415) 820-0405

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | CASE NO. 12-CV-0658 WHA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| VIZIO, INC., | |
| Defendant. | |

147044

12-CV-0658 WHA

NOTICE OF SETTLEMENT

1  PLEASE TAKE NOTICE that the parties have settled the lawsuit, under the terms of
2 which Plaintiff will dismiss this case with prejudice.  The dismissal is expected to be filed before
3 November 21, 2012.
4  The case settled at a November 6, 2012 Settlement Conference held before Judge Ryu.
5 The Parties reached agreement as to all material terms, and vested Judge Rye with the full
6 authority to resolve all disputes regarding drafting of the final settlement agreement, with the
7 Court's decision being final and binding and with no right to appeal.
8
9 DATED:  November 8, 2012          THOMAS WHITELAW LLP
10
11
12                                                             By:      /s/ William J. Kolegraff
                                                                     JOSEPH E. THOMAS
                                                                     WILLIAM J. KOLEGRAFF
13                                                                   W. PAUL SCHUCK
                                                                     Attorneys for Defendant VIZIO, INC.
14
15
16 DATED:  November 8, 2012          LAW OFFICES OF JOHN W. CARPENTER
17
18
19                                                             By:      /s/ John W. Carpenter
                                                                     JOHN W. CARPENTER
20                                                                   Attorneys for Plaintiff INNOVUS PRIME LLC
21
22
23
24
25
26
27
28